**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Adekunle Aronatola
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Army
_____
        )
_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

**RECEIVED**

APR 30 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

**A.**      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name          Adekunle A. Ong bd n
                Street Address   490 Jackson Rd
                County, City     Atco
                State & Zip Code  New Jersey 08004
                Telephone Number  (856-298-9222

B.     List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 2     Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 3     Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 4     Name _____

Street Address _____

County, City _____

State & Zip Code _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Questions    [ ] Diversity of Citizenship

    [ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? discrimination _____

_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.      Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? *New York City*

B.      What date and approximate time did the events giving rise to your claim(s) occur? *2015*

C.      Facts: *discrimination I came out with some things*

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _brain damage living in a mental health facility_

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _90,000,000_

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __April__ , 20__25__ .

Signature of Plaintiff _____

Mailing Address __480 Juckson Rd__

__Atco New Jersey,__

__08004__

Telephone Number __1856 -298 -9222__

Fax Number *(if you have one)* _____

E-mail Address __famous128th@y4hoo.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -